THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES MARTINE, Appellant.

Argued December 6, 1951; decided January 17, 1952.

*David T. Berman* for appellant.

*Miles F. McDonald, District Attorney (Aaron Nussbaum* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.